1  BRIAN J. STRETCH (CABN 163973)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  CHRISTINA McCALL (CABN 234139)
   Assistant United States Attorney
5
        1301 Clay Street, Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3680
7       FAX: (510) 637-3724
        christina.mccall@usdoj.gov
8
9  Attorneys for Plaintiff

10                    UNITED STATES DISTRICT COURT

11                   NORTHERN DISTRICT OF CALIFORNIA

12                           OAKLAND DIVISION

13 | UNITED STATES OF AMERICA,        ) No. CR 17-00451 JST
                                      )
14 |         Plaintiff,                )
                                      ) STIPULATION AND [PROPOSED] ORDER TO
15 |     v.                            ) EXCLUDE TIME UNDER THE SPEEDY TRIAL
                                      ) ACT
16 | CLAYTON QUIZ SMITH,               )
                                      )
17 |         Defendant.                )
                                      )

18

19      On September 22, 2017, the parties appeared in District Court for the first appearance following

20 the filing of the Information for Defendant, Clayton Quiz Smith. The Court set the next hearing date on

21 October 6, 2017, for a likely change of plea. The parties stipulated and agreed that time should be

22 excluded under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation

23 of counsel, because defense counsel needs time to meet with Mr. Smith and evaluate the options that he

24 //

25 //

26 //

27 //

28 //

STIP. REQUEST TO EXCLUDE TIME

faces in the case. The government has made a formal plea offer, which has been submitted to the Court.

DATED: September 26, 2017                          Respectfully submitted,

| BRIAN J. STRETCH<br>United States Attorney | |
|---|---|
| */s/ Christina McCall*<br>CHRISTINA McCALL<br>Assistant U. S. Attorney | */s/ Angela M. Hansen*<br>ANGELA M. HANSEN<br>Attorney for Clayton Quiz Smith |

## ORDER

Upon the stipulation of the parties and for good cause shown, it is hereby ordered time be excluded between September 22, 2017 and October 6, 2017 from calculations under the Speedy Trial Act, 18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv), for effective preparation of counsel, because defense counsel will be meeting with Mr. Smith to evaluate the options that he faces in this case.

    IT SO ORDERED.

DATED: September 26, 2017                                                     
The Hon. Jon S. Tigar
United States District Court Judge