ALEX G. TSE (CABN 152348)
Acting United States Attorney
SARA WINSLOW (DCBN 457643)
Chief, Civil Division
RAVEN M. NORRIS (CABN 232868)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6915
    Facsimile: (415) 436-6748
    Raven.Norris@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 17-0451 JST |
|---|---|
| Plaintiff, | ) **STIPULATION AND REQUEST FOR ORDER TO TURNOVER SEIZED FUNDS FOR PAYMENT OF DEFENDANT'S RESTITUTION OBLIGATION** |
| v. | |
| CLAYTON QUIZ SMITH, | |
| Defendant. | |

Plaintiff United States of America ("Plaintiff") and Defendant Clayton Quiz Smith ("Defendant") enter into this stipulation based on the following facts:

**RECITALS**

A. Defendant is indebted to the United States in the original amount of $28,504 arising out of a Judgment in a Criminal Case (the "Judgment") entered on January 26, 2018, in the United States District Court for the Northern District of California in the above-captioned matter.

B. As of the date of this stipulation, Defendant has paid $400 toward the obligations imposed upon him as a result of the criminal conduct for which he was convicted. As of April 5, 2018, Defendant has an unpaid balance of approximately $28,104 on the debt.

STIPULATION AND ~~PROPOSED~~ ORDER FOR TURNOVER OF SEIZED FUNDS
CASE NO. CR 17-0451 JST

1

C. On May 4, 2017, after his arrest by the Folsom Police Department, funds in the amount of Two Thousand Two Hundred and Seventy-Eight dollars ($2278) were seized from the Defendant.

D. Defendant owns or has a substantial interest in the seized funds.

E. The seized funds are currently in the possession of the Federal Bureau of Investigation ("FBI").

F. Plaintiff maintains that the funds being held by the FBI in which Defendant has a substantial interest are subject to the Government's continuing interest in the satisfaction of the judgment entered against Defendant pursuant to 18 U.S.C. § 3613 (a), (f) and § 3664 (m)(1)(A)(ii).

G. The parties agree that the funds being held by the FBI should be applied to Defendant's outstanding criminal monetary penalties.

Based on the foregoing recitals, the parties stipulate and agree that:

## STIPULATION

1. Funds in the amount of $2,278, belonging to Defendant, and currently in the possession of the FBI, will be turned over for payment of Defendant's outstanding restitution obligation.

2. The Court may order the FBI to turn over the aforementioned funds in the amount of $2,278.00 to Clerk of the Court for payment of Defendant's outstanding criminal monetary penalties. Said funds will be made payable to the United States District Court Clerk, and mailed to The United States District Court Clerk, 450 Golden Gate Avenue, 16th Fl., San Francisco, CA 94102.

**SO STIPULATED**

Dated: April 13, 2018
s/ Angela Hansen
ANGELA HANSEN
Attorney for Defendant
Clayton Quiz Smith

Dated: April 13, 2018
ALEX G. TSE
Acting United States Attorney

/s/ Raven M. Norris
RAVEN M. NORRIS[1]
Assistant United States Attorney
Attorneys for Plaintiff

---

[1] In accordance with Local Rule 5-1(i)(3), I certify that the content of the Stipulation is acceptable to counsel for Defendant and that I have obtained authorization from Angela Hansen to affix her electronic signature to this document

STIPULATION AND ~~PROPOSED~~ ORDER FOR TURNOVER OF SEIZED FUNDS
CASE NO. CR 17-0451 JST

2

| | |
|---|---|
|1| **[PROPOSED] ORDER**|

The Court, having considered the Stipulation Regarding Payment of Criminal Monetary Penalties, and good cause appearing, hereby ORDERS as follows:

1. The Stipulation is approved; and

2. Funds in the amount of Two Thousand Two Hundred and Seventy-Eight dollars ($2,278), belonging to Defendant Clayton Quiz Smith, and held by the Federal Bureau of Investigation be turned over to the Clerk of the Court for payment of the outstanding criminal monetary penalties imposed against Defendant. Said funds should be made payable to the United States District Court Clerk, and mailed to The United States District Court Clerk, 450 Golden Gate Avenue, 16th Fl., San Francisco, CA 94102.

**IT IS SO ORDERED**.

Dated: April 17, 2018

_____
JON S. TIGAR
United States District Judge